UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**       )
                                   )
            v.                     ) 11-CR-30009-MAP
                                   )
**SEAN MANSFIELD**                 )


                   <u>ORDER RE: RESTITUTION</u>

                       October 31, 2012

**PONSOR, U.S.D.J.**

    On March 29, 2011, Defendant Sean Mansfield pled guilty to a twenty-three count information charging him with wire fraud, embezzlement from an employee pension benefit plan, and money laundering.  On November 16, 2011, the court sentenced Defendant to sixty months imprisonment on all twenty-three counts to run concurrently, thirty-six months of supervised release, and a special assessment of $2,300.00.  The court at that time also preliminarily ordered forfeiture of real property located at 5 Highway Circle, Wilbraham, Massachusetts, any rights to payments on a promissory note to Neil Maki, any security interest in 79 Meadow Street in East Longmeadow, Massachusetts, and any rights to payments from David Young of Green Building Solutions or any affiliated or successor corporations.  The court further ordered restitution in the amount of $3,146,282.71, with the payees to be determined at a future

court proceeding.

Over the past year, the forfeiture and restitution issues in this case have proved difficult to sort out, due in large part to the greed and opportunism of Defendant. On October 5, 2012, the court presided over the most recent hearing focused on these two issues. The court has allowed the joint motion for forfeiture of property (Dkt. No. 51) and has approved the final Order of Forfeiture appended to that motion as Docket No. 52-2.

This memorandum is intended to wrap up the final outstanding issue in this criminal case, the designation of the persons to whom restitution is to be paid. For the reasons set forth in the court's memorandum of June 24, 2012 (Dkt. No. 50), the court orders as follows:

> 1. Restitution to Christine Keenan in the amount of $207,997.00. The restitution will be paid to the Clerk's office and forwarded to Ms. Keenan c/o Attorney Kevin Maynard, 1500 Main Street, Suite 2700, Box 15507, Springfield, MA 01115. This restitution amount will be subject to 6% interest commencing November 1, 2011.
>
> 2. Attorney's fees in the amount of $25,313.00 to be paid to Attorney Kevin Maynard at the address set forth above.
>
> 3. The balance of the restitution in the amount of $3,146,282.71 to be paid to New York Marine & General Insurance Company, with payments c/o Attorney Scarlet J. Rajbanshi, 160 Federal Street, 5th Floor, Boston, MA 02110.
>
> It is the court's intention that, with the issuance of

this Order of Restitution, all proceedings in this very distressing criminal case will now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge